PEOPLE v. SNYDER. (Supreme Court, Appellate Division, First Department. June 26, 1905.) Proceedings by the people of the state of New York against Henry Snyder. No opinion. Motion denied.

PEOPLE ex rel. CASHMAN v. PARTRIDGE, Police Com'r. (Supreme Court, Appellate Division, Second Department. June 29, 1905.) Proceedings by the people of the state of New York, on the relation of Luke J. Cashman, against John N. Partridge, police commissioner, etc.

PER CURIAM. Determination confirmed, with costs.

JENKS, J., dissents.

PEOPLE ex rel. DAVIS, Appellant, v. O'BRIEN et al., Respondents. (Supreme Court, Appellate Division, Third Department. June 29, 1905.) Mandamus by the people, on the relation of William H. Davis, against Frank E. O'Brien and others, as the board of education of the city of Troy. Affirmed.

PER CURIAM. Order affirmed, with costs.

CHASE, J. I dissent, on the ground that the records of the municipal civil service commission, including the eligible list, are so fragmentary and incomplete that the relator should have been allowed to produce other evidence to show that he duly passed an examination for the position of janitor, and that he was thereupon duly appointed to such position after his name was certified to the appointing officer by said civil service commission as upon the eligible list kept by them for that class of employés. People ex rel. Merritt v. Civil Service Board, 13 App. Div. 309, 43 N. Y. Supp. 191.

PEOPLE ex rel. FOGARTY v. MONROE, Com'r. (Supreme Court, Appellate Division, Second Department. June 9, 1905.) Proceedings by the people of the state of New York, on the relation of Patrick Fogarty, against Robert Grier Monroe, as commissioner, etc.

PER CURIAM. Determination confirmed, with costs.

HOOKER, J., not voting.

PEOPLE ex rel. LORGE v. CONSOLIDATED NAT. BANK. (Supreme Court, Appellate Division, First Department. June 26, 1905.) Proceedings by the people of the state of New York, on the relation of Joseph W. Lorge, against the Consolidated National Bank. No opinion. Motion denied.

PEOPLE ex rel. McDERMOTT v. McADOO, Com'r. (Supreme Court, Appellate Division, First Department. June 9, 1905.) Proceedings by the people of the state of New York, on the relation of Edward G. McDermott, against William McAdoo, as commissioner. J. J. McEvilly, for relator. T. Connoly, for respondent. No opinion. Proceedings affirmed, and writ dismissed, with costs.

PEOPLE ex rel. MENDELOVICH, Respondent, v. ABRAHAMS, Appellant. (Supreme Court, Appellate Division, First Department. June 23, 1905.) Proceedings by the people of the state of New York, on the relation of Fannie Mendelovich, against Nathan Abrahams. H. M. Haviland, for appellant. H. Stiefel, for relator. No opinion. Order affirmed, with costs. See 88 N. Y. Supp. 924.

PEOPLE ex rel. SINCLAIR, Appellant, v. SINCLAIR, Respondent. (Supreme Court, Appellate Division, First Department. June 9, 1905.) Proceedings by the people of the state of New York, on the relation of Ella Sinclair, against Daniel A. Sinclair. A. C. Palmer, for appellant. P. Fuller, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 86 N. Y. Supp. 539.

PEOPLE ex rel. VOSS v. GREENE, Com'r. (Supreme Court, Appellate Division, First Department. June 23, 1905.) Proceedings by the people of the state of New York, on the relation of Charles A. Voss, against Francis V. Greene, as commissioner. J. Rouss, for relator. T. Connoly, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with costs.

PERCIVAL, Appellant, v. PERCIVAL, Respondent. (Supreme Court, Appellate Division, Second Department. June 9, 1905.) Action by Edward S. Percival against Julia A. Percival. No opinion. Appeal dismissed, with $10 costs and disbursements.

PETERS, Respondent, v. EMPIRE LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 9, 1905.) Action by Hannah Peters against the Empire Life Insurance Company. C. Blandy, for appellant. W. L. Cannon, for respondent. No opinion. Determination affirmed, with costs.

PETTET, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Term. June 22, 1905.) Appeal from City Court of New York, Trial Term. Action by Isabelle M. Pettet against Sherman T. Smith. From a judgment for plaintiff, and from an order denying a new trial, defendant appeals. Affirmed. Manice & Perry, for appellant. Maurice B. Blumenthal, for respondent.

MacLEAN, J. Concededly the only open question between the parties was the actual wording of a demise. At the trial there was record evidence, supplemented by the testimony of the plaintiff, quite enough to justify the verdict of the jury in favor of the plaintiff, whose recovery for taxes paid by herself upon property leased to the defendant depended upon the presence of the word "and" in a lease providing for the payment of either water rent and taxes or water rent taxes by the lessee, without right, under the circumstances, of resort on the part of the defendant, the lessee, to evidence of fair rental value to assist in the determination. Judgment affirmed, with costs. All concur.